ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAOLA QUINTERO BELTRAN,<br><br>Defendant. | CASE NO. 1:24-CR-000251-JLT-SKO<br><br>JOINT STATUS REPORT AND STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: October 1, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1. This case set for status conference on October 1, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference one final time to November 19, 2025, and to exclude the time period between October 1, 2025 and November 19, 2025 under the Speedy Trial Act. The parties are hopeful they can resolve the case prior to November 19, 2025.

2. If the Court believes it is appropriate to set jury trial in this matter, the parties stipulate and request that the Court set the matter for jury trial beginning on May 26, 2026, for a 3-4 day trial.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

3. By previous order, this matter was set for status conference on October 1, 2025. By this stipulation, defendant now moves to continue the status conference until November 19, 2025, and to

1

exclude time between October 1, 2025, and November 19, 2025, under Local Code T4.  The parties are hopeful they can resolve the case prior to November 19, 2025.

    4.    If the Court believes it is appropriate to set jury trial in this matter, the parties stipulate and request that the Court set the matter for jury trial beginning on May 26, 2026 for a 3-4 day trial.

    5.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes substantial volumes of financial records, witness interviews, and other evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)    The parties are in active plea negotiations.  The Defendant has requested the government consider a counter offer to its plea offer in this case, which the government is currently in the process of reviewing.

    c)    Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

    d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)    The government does not object to the continuance.

    f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 1, 2025 to November 19, 2025 or to May 26, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 16, 2025                                   ERIC GRANT
                                                                                  United States Attorney

                                                                                  /s/ JEFFREY A. SPIVAK
                                                                                  JEFFREY A. SPIVAK
                                                                                  Assistant United States Attorney

Dated:  September 16, 2025                                   /s/ Douglas C. Foster
                                                                                  Douglas C. Foster
                                                                                  Counsel for Defendant

**ORDER**

The status conference set for October 1, 2025, is hereby VACATED.

A jury trial is SET on May 26, 2026, before the Hon. Jennifer L. Thurston, U.S. District Judge. Time is excluded through and including the trial date pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **September 17, 2025**                          /s/ *Sheila K. Oberto*
                                                                                  UNITED STATES MAGISTRATE JUDGE