ERIC GRANT
United States Attorney
CODY S. CHAPPLE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-00251-JLT-SKO |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SCHEDULE STATUS CONFERENCE |
| v. | |
| PAOLA BELTRAN, | |
| Defendant. | |

The parties agree that the trial scheduled to begin on May 27, 2026, and any hearings related to the trial, can be vacated and a status conference can be scheduled for April 29, 2026, at 1:00 p.m., before the assigned Magistrate Judge.  Ms. Beltran's co-defendant, Gilberto Barron, was recently arrested and is represented by counsel.  Mr. Barron's first status conference is also scheduled for April 29, 2026, at 1:00 p.m., and his counsel has informed the government that he needs time to review the discovery and consider next steps.  The parties want to get Ms. Beltran's case on the same track as Mr. Barron's case so that if the cases proceed to trial the defendants are tried together and not separately.  The parties agree that time shall be excluded from March 17, 2026, through April 29, 2026, pursuant to 18 U.S.C. § 3161(h)(6) because Ms.

Beltran has been joined for trial with a co-defendant for whom the time for trial has not run and no motion for severance has been granted.

IT IS SO STIPULATED.


Dated:  March 17, 2026

*/s/ Douglas Foster*
Douglas Foster
Counsel for Paola Beltran


Dated:  March 17, 2026

*/s/ Joseph Barton*
Cody Chapple
Joseph Barton
Assistant United States Attorneys

ERIC GRANT
United States Attorney
CODY S. CHAPPLE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-00251-JLT-SKO |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| PAOLA BELTRAN, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the trial that is scheduled to begin on May 27, 2026, and any related hearings for that trial, are vacated, and a status conference is scheduled for April 29, 2026, at 1:00 p.m., before the assigned Magistrate Judge. Time is excluded from March 17, 2026, through April 29, 2026, pursuant to 18 U.S.C. § 3161(h)(6) because the defendant has been joined for trial with a co-defendant for whom the time for trial has not run and no motion for severance has been granted.

IT IS SO ORDERED.

Dated:   **March 17, 2026**

UNITED STATES DISTRICT JUDGE