ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-00251-JLT-SAB-3 |
| Plaintiff, | ORDER TO DISMISS INDICTMENT |
| v. | |
| PAOLA BELTRAN, | |
| Defendant. | |

Upon the government's motion, and for good cause shown, the indictment in this case is dismissed as to Paola Beltran only without prejudice and all hearing dates concerning Ms. Beltran are vacated.

IT IS SO ORDERED


Dated:____June 2, 2026_____          _Jennifer L. Thurston_____
                                        Honorable Jennifer L. Thurston,
                                        United States District Judge